IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KESTREL HOLDINGS I, L.L.C., § § Plaintiff § § VS. § LEARJET INC. AND BOMBARDIER INC. § § Defendants § | 1:04 MBD 10068 NG |

### AFFIDAVIT OF RON A. SPRAGUE

THE STATE OF TEXAS   §

COUNTY OF BEXAR   §

BEFORE ME, the undersigned authority, personally appeared the undersigned Affiant, who, being by me duly sworn, upon oath, states:

"My name is RON A. SPRAGUE. I am over twenty-one (21) years of age, of sound mind and capable of making this Affidavit. I am fully competent to testify to the matters stated herein, and I have personal knowledge of each of the matters stated herein.

1. I was licensed to practice law in the State of Texas in 1979. My Texas Bar Number is 18962100. I am also licensed to practice in all four (4) United States District Courts in Texas, the Fifth United States Circuit Court of Appeals and the United States Supreme Court. I am in good standing with all of those Courts. I am Board Certified in Civil Trial Law by the Texas Board of Legal Specialization.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. A Certificate of Good Standing is attached hereto as Exhibit "A."

3. I have studied the Local Rules of the United States District Court for the District of Massachusetts and am familiar with them.

4. I am familiar with the above styled litigation and am prepared to undertake representation of LEARJET INC. and BOMBARDIER INC., Defendants, and, to the extent necessary, their retained expert Dr. Thomas Eagar, immediately.

5. My mailing address, telephone number and facsimile number are:

> Ron A. Sprague
> Gendry & Sprague, P.C.
> 645 Lockhill Selma
> San Antonio, Texas 78216
> Telephone: (210) 349-0511
> Facsimile: (210) 349-2760

Further, Affiant sayeth not."

_____
RON A. SPRAGUE, Affiant

SWORN and SUBSCRIBED to before me by RON A. SPRAGUE on this the 16th day of March, 2004.

_____
Notary Public in and for Texas
My commission expires: _____

SHERI LOPER
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 11-30-2004

g:\ras\kestrel\prohac.aff

-2-

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  }
WESTERN DISTRICT OF TEXAS  } ss.

I, **WILLIAM G. PUTNICKI**, CLERK of the United States, Western District of Texas,

DO HEREBY CERTIFY That <u>Ron A. Sprague</u>, State Bar Number **18962100**, was duly admitted to practice in said Court on **August 14th 1987** and is in good standing as a member of the bar of said Court.

DATED at San Antonio, Texas
on March 12th 2004

WILLIAM G. PUTNICKI, CLERK

By: _/s/ Wayne Garcia_
Wayne Garcia, Deputy Clerk

EXHIBIT "A"