**Dwyer & Collora, LLP**

600 Atlantic Avenue
Boston, Massachusetts 02210-2211
Telephone (617) 371-1000
Fax (617) 371-1037
www.dwyercollora.com

**Nicholas J. Walsh**
(617) 371-1007
nwalsh@dwyercollora.com

March 25, 2004

**BY HAND DELIVERY**

Maryellen Molloy, Courtroom Clerk
United States District Court
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Kestrel Holdings I, L.L.C. v. Learjet Inc. and Bombardier, Inc.
             04-MBD-10068-NG

Dear Ms. Molloy:

    This letter is to inform the Court that the Plaintiff in this matter, Kestrel Holdings I, L.L.C., does not oppose Defendants' Motion to Admit Counsel Pro Hac Vice, which requests the admission of Ron A. Sprague in this District for the purposes of this Miscellaneous Business Docket matter (Docket No. 4).

    Thank you for your attention to this matter.

Very truly yours,

Nicholas J. Walsh

cc:    Gary D. Justis, Esq. (By Facsimile and First Class Mail)
        Richard L. Edwards, Esq. (By Facsimile and First Class Mail)
        Ron A. Sprague, Esq. (By Facsimile and First Class Mail)
        William R. Sampson, Esq. (By Facsimile and First Class Mail)