**Dwyer & Collora, LLP**

600 Atlantic Avenue
Boston, Massachusetts 02210-22'
Telephone (617) 371-1000
Fax (617) 371-1037
www.dwyercollora.com

April 6, 2004

Nicholas J. Walsh
(617) 371-1007
nwalsh@dwyercollora.com

**BY ELECTRONIC CASE FILING**

Clerk for Civil Business
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: <u>Kestrel Holdings I, L.L.C., v. Learjet Inc. and Bombardier Inc.</u>
04-MBD-10068-NG

Dear Sir or Madam:

This Miscellaneous Business Docket matter is set for a hearing on the pending motion to compel tomorrow, April 7, 2004, at 11:00 a.m.

As a supplement to the materials submitted in this matter, enclosed are: (1) the March 24, 2004 hearing transcript and (2) the March 29, 2004 Memorandum Order from the Northern District of Illinois (Eastern Division), on a related motion to compel discovery.

The documents Plaintiff Kestrel Holdings I, L.L.C., is seeking from Thomas Eagar in document request nos. 1-5 of his Rule 45 subpoena in the District of Massachusetts are the same as those sought by Plaintiff from Defendants' expert Mark Racine in Illinois (and a third expert, Carl Snow, in Oklahoma). As the Memorandum Order indicates, the Northern District of Illinois granted Plaintiff's motion against Mark Racine and Plaintiff was awarded costs related to its motion in that court.

Very truly yours,

Nicholas J. Walsh

Enclosures

cc   Gary D. Justis, Esq. (By Facsimile and Federal Express)
     Richard L. Edwards, Esq. (By Hand Delivery)
     Ron A. Sprague, Esq. (By Facsimile and Federal Express)
     William R. Sampson, Esq. (By Facsimile and Federal Express)